**Lonnie R. GADDIS, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 64191.

Missouri Court of Appeals,
Western District.

Feb. 1, 2005.

Ruth B. Sanders, Office of Public Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Evan J. Buchheim, Assistant Attorney General, Jefferson City, for Respondent.

Before PAUL M. SPINDEN, Presiding Judge, VICTOR C. HOWARD, Judge, and THOMAS H. NEWTON, Judge.

## ORDER

Lonnie R. Gaddis appeals the circuit court's judgment denying his motion to vacate judgment and sentence without an evidentiary hearing pursuant to Rule 24.035. We affirm. Rule 84.16(b).